**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**
**219 SOUTH DEARBORN ST. CHICAGO, IL 60604**

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 7 CASE |
| | ) |
| DELEO, DANIEL R., | ) CASE NO. 10-05712 |
| | ) |
| | ) HONORABLE MANUEL BARBOSA |
| Debtor. | ) |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING**
**ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE**
**ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held:

    At: 100 S. 3rd Street, Room 250, Geneva, IL  60134

    On:  **NOVEMBER 18, 2010**    Time:  10:00 AM

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $     33,185.25 |
    | Disbursements | $            0.00 |
    | Net Cash Available for Distribution | $     33,185.25 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Trustee, Roy Safanda | $ -0- | $ 4,068.52 | $ 63.02 |
| Attn'y for Trustee | $ -0- | $ 438.75 | $ -0- |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
|  | $ | $ | $ |

NONE

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling the amount of $ 4,311.90 , must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100 %.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 003 | IL. Dept. of Rev. | $4,311.90 | $4,311.90 |

7. Claims of general unsecured creditors totaling $ 83,634.23 have been allowed and will be *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 29 %.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | Greco & Sons | $26,631.80 | $7,738.87 |
| 002 | Brown Bark LP | $57,002.43 | $16,564.19 |

Page 2

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the court's we site, .ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

   NONE

Dated: _____             For the Court,


                                    By: _____
                                    Kenneth S. Gardner
                                    Clerk of the U.S. Bankruptcy Court
                                    219 S. Dearborn Street, 7th Floor
                                    Chicago, IL  60604

Roy Safanda
Safanda Law Firm
111 East Side Drive
Geneva, IL  60134-2402
(630) 262-1761

Myfiles/Bankruptcy/Forms/New – Notice of Trustee's Final Report, Hearing

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: dwilliams              Page 1 of 1                  Date Rcvd: Oct 07, 2010
Case: 10-05712                 Form ID: pdf006              Total Noticed: 17

The following entities were noticed by first class mail on Oct 09, 2010.
db           +Daniel R. DeLeo,    6N415 River Grange Rd,    St. Charles, IL 60175-6343
aty          +Carl F Safanda,    Safanda Law Firm,    111 East Side Drive,   Geneva, IL 60134-2402
aty          +John E Gierum,    Gierum & Mantas,    9700 W Higgins Rd, Ste 1015,    Rosemont, IL 60018-4712
tr           +Roy Safanda,    Safanda Law Firm,    111 East Side Drive,   Geneva, IL 60134-2402
15102414     +Alliant Credit Union,    1 Corporate Dr Ste 360,    Lake Zurich, IL 60047-8945
15102415     +Bank Of America,    Po Box 1598,   Norfolk, VA 23501-1598
15102422     +Brown Bark III, L.P.,    4100 Greenbriar, Ste. 120,    Stafford, TX 77477-3968
15102416     +Buona Beef,    6801 W. Roosevelt Rd,    Berwyn, IL 60402-1019
15102412     +DeLeo Daniel R,    6N415 River Grange Rd,    St. Charles, IL 60175-6343
15102417     +First Chicago Bank & Trust,    1145 N. Arlington Heights Rd.,    Itasca, IL 60143-3171
15102413     +Gierum & Mantas,    9700 West Higgins Road Suite 1015,    Rosemont, IL 60018-4712
15102418     +Greco And Sons,    1550 Hecht Dr.,    Bartlet, IL 60103-1697
15487122      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,   Chicago, IL 60664-0338
15102419     +Illinois Dept. Of Revenue,    100 West Randolph St., 7th Floor,    Chicago, IL 60601-3290
15102421     +LaSalle Bank,    8303 West Higgins Road,    Chicago, IL 60631-2941
15102423     +Michael A. Selaggi,    905 S. Colfax,    Elmhurst, IL 60126-4536
15102424     +Walter Daniel Construction,    6316 N. Northwest Highway,    Chicago, IL 60631-1696

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Roy Safanda,    Safanda Law Firm,    111 East Side Drive,   Geneva, IL 60134-2402
15102420   ##+KF Schaumburg, LLC.,    C/O Joseph Freed & Associates, LLC,    220 N. Smith St., Ste. 300,
               Palatine, IL 60067-2448
                                                                                              TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 09, 2010**                        **Signature:** _/s/ Joseph Speetjens_